IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMINIQUE ESPARZA, #0799-18 | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:18-CV-1336-N-BK |
| | § | |
| ABE PARTINGTON, et al., | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that that this action is **STAYED and ADMINISTRATIVELY CLOSED** until the Ellis County misdemeanor charges against Plaintiff for evading arrest and driving while license invalid are finally resolved. The Court instructs Plaintiff (1) that he file a motion to reopen the case within 60 days after entry of judgment in his state misdemeanor criminal court cases and (2) that the failure to do so will result in the dismissal without prejudice of this case for failure to prosecute and/or comply with a Court order under Federal Rule of Civil Procedure 41(b).

IT IS FURTHER ORDERED that the City of Waxahachie is **SUBSTITUTED** for the Waxahachie Police Department.

SO ORDERED this 30th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE