IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DOMINIQUE ESPARZA, #02239621, | § | |
| | § | |
| Plaintiff/Appellant, | § | |
| | § | |
| V. | § | USDC No. 3:18-CV-1336-N-BK |
| | § | USCA No. 19-10890 |
| ABE PARTINGTON, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's construed motion to reopen the time to file a notice of appeal under FED. R. APP. P. 4(a)(6) is DENIED.

SO ORDERED this 8th day of October, 2021.

_____
UNITED STATES DISTRICT JUDGE